UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER, | Case No. 2:23-cv-02979-DAD-JDP (PS) |
| Plaintiff, | **ORDER** |
| v. | GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| CENTRAL VALLEY FLOOD PROTECTION BOARD, | ECF No. 9 |
| Defendant. | |

Plaintiff has filed a motion for a ninety-day extension of time to file an opposition to defendant's motion to remand and to respond to the court's February 23, 2024 order to show cause. ECF No. 9. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 9, is granted in part.

2. By no later than May 2, 2024, plaintiff shall file an opposition or statement of non-opposition to defendant's motion to remand.

3. Defendant may file a reply to plaintiff's opposition, if any, no later than May 16, 2024.

4. The April 11, 2024 hearing on defendant's motion to remand is continued to May 23, 2024, at 10:00 a.m., in Courtroom No. 9.

1

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.


Dated:   April 9, 2024                               _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE