UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>   Plaintiff,<br><br>   v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD,<br><br>   Defendant. | Case No. 2:23-cv-02979-DAD-JDP (PS)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME<br><br>ECF Nos. 11 & 12 |

Plaintiff has filed two motions seeking an extension of time to file an opposition to defendant's motion to remand and to respond to the court's February 23, 2024 order to show cause. ECF Nos. 11 & 12. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motions for an extension of time, ECF Nos. 11 & 12, are granted.

2. By no later than June 13, 2024, plaintiff shall file a response to the court's February 23, 2024 order to show cause and an opposition or statement of non-opposition to defendant's motion to remand.

3. Defendant may file a reply to plaintiff's opposition, if any, no later than June 20, 2024.

4. The May 23, 2024 hearing on defendant's motion to remand is continued to June 27, 2024, at 10:00 a.m., in Courtroom No. 9.

5. Plaintiff is warned that the court is not inclined to grant any further extensions.

IT IS SO ORDERED.

Dated:   <u>May 20, 2024</u>

                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE