UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>           Plaintiff,<br><br>      v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD,<br><br>           Defendant. | Case No. 2:23-cv-02979-DAD-JDP (PS)<br><br>**ORDER**<br><br>GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS<br><br>ECF No. 18 |

Plaintiff has filed a motion for a sixty-day extension of time to file objections to the July 23, 2024 findings and recommendations. ECF No. 18. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 18, is granted in part.

2. Plaintiff is granted until August 27, 2024, to file objections to the July 23, 2024 findings and recommendations.

3. Absent a showing of extraordinary cause, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   August 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE