UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>                    Plaintiff,<br><br>       v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD,<br><br>                    Defendant.<br>_____<br>CENTRAL VALLEY FLOOD PROTECTION BOARD,<br><br>                    Cross-Claimant,<br><br>       v.<br><br>LIAM MEYER,<br><br>                    Cross-Defendant. | No. 2:23-cv-02979-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT AND CROSS-CLAIMANT'S MOTION TO REMAND, AND REMANDING THIS ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT<br><br>(Doc. No. 3, 17) |

Plaintiff and cross-defendant Liam Meyer is proceeding *pro se* in this civil action on January 9, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant and cross-claimant's motion to remand this action back to the

1

Sacramento County Superior Court (Doc. No. 3) be granted because "plaintiff was not permitted to remove this action and there is no basis for federal jurisdiction." (Doc. No. 17 at 4.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) On August 27, 2024, plaintiff and cross-defendant filed objections to the pending findings and recommendations. (Doc. No. 20.) Defendant and cross-claimant did not file any objections.

In his objections, plaintiff primarily repeats arguments that he had presented in his opposition to the motion to remand, and those arguments were already considered and properly rejected in the pending findings and recommendations. (*Id.*) Plaintiff also accuses the magistrate judge of "showing extreme bias" and asserts that the magistrate judge "must be removed is justice is to be served." (*Id.* at 6.) Plaintiff's accusations in this regard are inappropriate and do not serve as a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 23, 2024 (Doc. No. 17) are adopted in full;
2. Defendant and cross-claimant's motion to remand (Doc. No. 3) is granted;
3. This action is remanded to the Sacramento County Superior Court due to this court's lack of subject matter jurisdiction; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2