UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>           Plaintiff,<br><br>      v.<br><br>CENTRAL VALLEY FLOOD PROTECTION BOARD,<br><br>           Defendant. | Case No.  2:23-cv-02979-DAD-JDP (PS)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |

On August 30, 2024, the court granted defendant's motion to remand and remanded this action to the Sacramento County Superior Court. ECF No. 21. Plaintiff subsequently filed a notice of appeal, ECF No. 22, and a motion to proceed *in forma pauperis* on appeal, ECF No. 23.

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court that:

(A)  shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.

Fed. R. App. P.  24(a)(1). Plaintiff submitted a declaration that demonstrates his inability to pay or to give security for fees and costs. He did not, however, claim entitlement to redress or

1

describe the issues that he intends to present on appeal.

Accordingly, it is hereby ORDERED that plaintiff's request to proceed *in forma pauperis* on appeal, ECF No. 23, is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and plaintiff is hereby informed that he may file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. Proc. 24(a)(5).

IT IS SO ORDERED.

Dated:   September 16, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2